**Fill in this information to identify the case:**

Debtor name: Sugarloaf Holdings, LLC
United States Bankruptcy Court for the: Central Division   District of: Utah
(State)
Case number (If known): 18-bk-27705

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Gray Holdings Corp. 1471 North 900 West Lehi, UT 84043 | (801) 691-3370 | | | | | $1,075,200.00 |
| 2 | Gardner Brothers Drilling P.O. Box 965 Enterprise, UT 84725 | (435) 878-5602 | | | | | $385,140.20 |
| 3 | Kirton McKonkie 50 East South Temple Salt Lake City, UT 84111 | (801) 328-3600 | | | | | $257,000.00 |
| 4 | TNT General Contractors, LLC 1358 North 200 West Nephi, UT 84648 | (435) 623-0416 | | | | | $132,745.20 |
| 5 | Moyle Irrigation P.O. Box 935 Enterprise, UT 84725 | (435) 439-5283 | | | | | $86,885.46 |
| 6 | Fulmers Flowell, UT | | | | | | $23,174.63 |
| 7 | Hansen Allen Luce 859 West South Jordan Gateway South Jordan, UT 84095 | (801) 566-5599 | | | | | $23,174.63 |
| 8 | Agco Finance, LLC P.O. Box 2000 Johnston, IA | (800) 873-3704 | | | | | $17,042.65 |

Debtor  Sugarloaf Holdings, LLC  
Name

Case number (*if known*) 18-bk-27705

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Flowell Electric Association<br>495 North 3200 West<br>Fillmore, UT 84631 | (435) 473-6214 | | | | | $12,254.62 |
| 10 | Moss Industrial Inc.<br>1462 West 1500 South<br>Woods Cross, UT 84087 | (801) 292-6846 | | | | | $59,809.27 |
| 11 | Hermansen's Mill<br>204 South 100 East<br>Gunnison, UT 84634 | | | | | | $8,669.82 |
| 12 | Farm Bureau<br>210 North 1200 East #115<br>Lehi, UT 84043 | (801) 341-6850 | | | | | $7,862.22 |
| 13 | Clay Palfreman Trucking<br>369 East 1875 South<br>Springville, UT 84663 | (801) 489-9857 | | | | | $6,100.80 |
| 14 | Scales NW<br>39120 W. Scio Road<br>Scio, OR 97374 | (800) 451-0187 | | | | | $5,025.65 |
| 15 | Cardwell Distributers<br>8137 South State Street<br>Midvale, UT 84047 | (801) 561-4251 | | | | | $3,332.47 |
| 16 | Overson Farm Center<br>90 North 400 East<br>Delta, UT 84624 | (435) 864-3800 | | | | | $1,014.25 |
| 17 | Lake PhilGas<br>70 North 400 East<br>Delta, UT 84624 | (435) 864-3800 | | | | | $925.52 |
| 18 | Rocky Mountain Power<br>P.O. Box 26000<br>Portland, UT 97255-0001 | (888) 221-7070 | | | | | $286.77 |
| 19 | Hoffman AI Breeders<br>1950 South Hwy 89-91<br>Logan, UT 84321 | (435) 753-7883 | | | | | $254.19 |
| 20 | Wells Fargo SBL<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 | (800) 225-5935 | | | | | $15,267.25 |